UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ANTONIO REGALADO-ZAVALA,<br>Petitioner,<br>v.<br>TODD BLANCHE, ET AL.,<br>Respondents. | CASE NO. 2:26-cv-04375-JHC<br>ORDER |

This matter comes before the Court on pro se Petitioner's Motion to Appoint Counsel. Dkt. # 2. Because of the complex issues involved in this case, the Court finds the interests of justice require that Petitioner be appointed counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, the Court APPOINTS the Federal Public Defender to consult with Petitioner, and—subject to Petitioner's and the Federal Public Defender's decision about whether that representation is appropriate—represent Petitioner in these proceedings.

Within 30 days of the date of this Order, if the Federal Public Defender enters a notice of appearance and undertakes representation of Petitioner, the Federal Public Defender shall assist Petitioner to FILE an application demonstrating eligibility for appointment of counsel under 18 U.S.C. § 3006A.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 16th day of November, 2026.

John H. Chun
United States District Judge